# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| William Jamison<br>Nancy Troutman**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00464-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| QBE Insurance Corporation | ) | |
| S&N Communications, Inc. | ) | |
| Bechtel Infrastructure Corporation | ) | |
| FTE Networks, Inc. | ) | |
| Google Fiber, Inc.**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court on motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2018 Order.

June 7, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court